IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:07cr193 (LMB) |
| ) | |
| TYSON WILLIAM PEARSON, ) | |
| ) | |
| GEORGE QUINN, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in open court, the Motion to Continue Trial Date [87] is GRANTED, and it is hereby

ORDERED that Alfred L. Robertson, Jr., Esq., be and is excused from further participation in this case in light of the information contained in his Notice of Possible Conflict and Motion for Clarification [80], and it is further

ORDERED that Frank Salvato., Esq., be and is appointed to represent defendant Quinn under the Criminal Justice Act, and it is further

ORDERED that trial in this matter be and is reset to January 2, 2008, at 10 a.m.

The Clerk is directed to forward copies of this Order to counsel of record and the U.S. Marshals Service.

Entered this 20th day of November, 2007.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia